Opinion issued November 14, 2002





 





In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00350-CV

____________


TOMBALL MOBILE HOME SALES, INC., Appellant


V.


BRIAN MILLER AND LYNETTE MILLER, Appellees






On Appeal from the County Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 758,277






O P I N I O N Appellant's brief in this appeal was due on August 26, 2002. On October 14,
2002, the Court ordered that appellant's appeal would be dismissed for want of
prosecution unless within 30 days of the date of the order, appellant filed a reasonable
explanation for failure to timely file his brief and his brief. Thirty days have expired
and appellant has done neither.

 Accordingly appellant's appeal is dismissed for want of prosecution. See Tex.
R. App. P. 42.3(b),(c).

PER CURIAM

Do not publish. Tex. R. App. P. 47.

Panel consists of Justices Hedges, Keyes, and Duggan. (1)

1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.